JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RAMON FLORES ARROYO,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

Case No. 5:26-cv-05027-KES

**JUDGMENT**

Pursuant to the Court's Order Dismissing the Petition as Moot, IT IS ADJUDGED that the Petition is dismissed.

DATED: September 28, 2026

Karen E. Scott

KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE